# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DEBRICO MONTREAL WILLIAMS**     **PLAINTIFF**

**v.**     Case No. 4:18-cv-00293-KGB-JTK

**FAULKNER COUNTY
DETENTION CENTER**, *et al.*     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Debrico Montreal Williams' complaint is dismissed without prejudice.

So adjudged this 9th day of October, 2018.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge